# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  1:99CR005435-01 |
| ) | |
| Daniel Nelson CLARK, Jr. ) | |
| ) | |

**LEGAL HISTORY:**

On May 28, 2002, the above-named was sentenced to 63 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on February 28, 2005. Special conditions included a requirement for Search; Drug/alcohol testing and treatment; No association with gang members, which included his brother, or criminal street gang activity.

**SUMMARY OF COMPLIANCE:**

Mr. Clark has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Clark has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

**Re:** Daniel Nelson CLARK, Jr.
**Docket Number:   1:99CR05435-01**
**RECOMMENDATION TERMINATING**
<u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:    February 14, 2007
         Elk Grove, California
         DAS/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

cc:   AUSA Dawrence Rice (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:99CR05435-01** |
| ) | |
| **Daniel Nelson CLARK, Jr.** ) | |
| ) | |

On February 28, 2005, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                            Respectfully submitted,


                            /s/ Richard W. Elkins
                          **RICHARD W. ELKINS**
                          **Senior United States Probation Officer**

Dated:      February 14, 2007
              Elk Grove, California
              DAS/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                          **DEBORAH A. SPENCER**
                          **Supervising United States Probation Officer**

**Re:    Daniel Nelson CLARK, Jr.
         Docket Number:   1:99CR05435-01
         ORDER TERMINATING SUPERVISED RELEASE
         PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    March 6, 2007**                              _/s/ Oliver W. Wanger_
emm0d6                                               UNITED STATES DISTRICT JUDGE